HENRY HIRSCHFIELD v. 27TH & 28TH STREET GARAGE Co., INC., and Another, Appellants. ALLEN D. TAUB, Receiver, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.